AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   4-12-70027 MAG |
| CHRISTOPHER SEAN KENDRICK | ) | |
| | ) | Charging District:   District of Alaska |
| Defendant | ) | Charging District's Case No.   3:11-CR-00085-TMB |

FILED
FEB 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>District of Alaska - Courthouse<br>222 West 7th Street<br>Anchorage, AK 99513 | Courtroom No.: U.S. Magistrate Judge - Duty Judge |
|---|---|---|
| | | Date and Time: 2/23/2012 at 10:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   February 10, 2012

_____
*Judge's signature*

LAUREL BEELER, U.S. MAGISTRATE JUDGE
*Printed name and title*